MICHAEL L. TURRILL (SBN 185263)
PAUL A. RIGALI (SBN 262948)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401
Email:  michael.turrill@arentfox.com
           paul.rigali@arentfox.com

Attorneys for Defendant
*CallFire, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC. and THE SPORTS NETWORK, INC,<br><br>Defendants. | Case No.  14- CV-1333-H-DHB<br>*Assigned to the Honorable Marilyn L. Huff*<br><br>**DEFENDANT CALLFIRE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>Date:  December 1, 2014<br>Time:  10:30 a.m.<br>Courtroom:  15A<br><br>[Filed concurrently with Memorandum of Points and Authorities and Declaration of Jagannathan Thinakaran; [Proposed] Order submitted] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
CASE NO.  14- CV-1333-H-DHB

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on December 1, 2014, at 10:30 a.m., or as soon as the matter may be heard before the Honorable Marilyn L. Huff in Courtroom 15A of the United States District Court for the Southern District of California located at 333 West Broadway, San Diego, CA 92101, defendant CallFire, Inc. ("CallFire") will and hereby does move to dismiss the First Amended Complaint for Damages and Injunctive Relief ("First Amended Complaint") brought by plaintiff David Kauffman ("Plaintiff") with prejudice as to CallFire pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, to stay the entire case or dismiss the First Amended Complaint as to CallFire pursuant to the doctrine of primary jurisdiction. This motion is based on the grounds that Plaintiff again has failed to plausibly allege that CallFire initiated the messages that are the subject of the First Amended Complaint and because CallFire is a common carrier exempt from liability under the Telephone Consumer Protection Act ("TCPA").

In the alternative, the Court should either stay the entire case or dismiss CallFire without prejudice under the doctrine of primary jurisdiction. To the extent Plaintiff asks the Court to create a new standard of liability under the TCPA for common carriers that allegedly assist in the transmission of their users' messages when they passively transmit such messages, a referral is critical. Plaintiff's novel theory of liability would conflict with existing FCC precedent regarding common carriers' and fax broadcasters' immunity from TCPA claims, and risks conflicting with pending FCC action on the issue, and thus a referral to the FCC is appropriate should the Court decline to dismiss the First Amended Complaint as to CallFire for failure to state a claim.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Jagannathan Thinakaran and all exhibits attached thereto, all pleadings and papers on file in this

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
- 2 -   CASE NO. 14-CV-1333-H-DHB

action, and on such other oral and documentary evidence as may be presented at the time of hearing on the motion if requested by the Court.

Dated: October 31, 2014     **ARENT FOX LLP**

By: /s/ Michael L. Turrill
MICHAEL L. TURRILL
PAUL A. RIGALI
Attorneys for Defendant
CALLFIRE, INC.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
CASE NO. 14-CV-1333-H-DHB
- 3 -

*KAUFFMAN V. CALLFIRE, INC.*
**USDC, Southern District Of California Case No. 3:14-cv-01333-H-DHB**

## CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065. I am employed in the County of Los Angeles, where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**DEFENDANT CALLFIRE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

[x] (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

[ ] (BY FAX) I transmitted via facsimile, from facsimile number 213.629.7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

[ ] (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

[ ] (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

[ ] (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

[ ] (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2014 at Los Angeles, California.

_____
Emily Hayes

*KAUFFMAN V. CALLFIRE, INC.*
**USDC, Southern District Of California Case No. 3:14-cv-01333-H-DHB**

## SERVICE LIST

**Attorneys for Plaintiff David Kauffman**

Ronald A. Marron
Alexis Wood
Kas Gallucci
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA  92103
Tel: (619) 696-9006
Fax: (619) 564-6665
Email: ron@consumersadvocates.com
        alexis@consumersadvocates.com
        kas@consumersadvocates.com

Daniel G. Shay, Esq.
Law Offices of Daniel Shay
409 Camino del Rio South
Suite 101B
San Diego, CA 92108
Tel: (619) 222-7429
Fax: (866) 431-3292
Email: DanielShay@TCPAFDCPA.com