1  MICHAEL L. TURRILL (SBN 185263)
   PAUL A. RIGALI (SBN 262948)
2  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
3  Los Angeles, CA  90013-1065
   Telephone:  213.629.7400
4  Facsimile:   213.629.7401
   Email:  michael.turrill@arentfox.com
5           paul.rigali@arentfox.com

6  MICHAEL B. HAZZARD (*Admitted Pro Hac Vice*)
   ADAM BOWSER (*Admitted Pro Hac Vice*)
7  **ARENT FOX LLP**
   1717 K Street NW
8  Washington, DC  20006-5344
   Telephone:  202.857.6000
9  Facsimile:   202.857.6395
   Email:  michael.hazzard@arentfox.com
10          adam.bowser@arentfox.com

11 Attorneys for Defendant
   CALLFIRE, INC.

12

13              UNITED STATES DISTRICT COURT

14             SOUTHERN DISTRICT OF CALIFORNIA

15

16 DAVID KAUFFMAN, on behalf of        Case No.  14- CV-1333-H-DHB
   himself, and all others similarly   *Assigned to the Honorable Marilyn L.*
17 situated,                           *Huff*

18              Plaintiff,             **NOTICE OF MOTION AND**
                                       **MOTION BY DEFENDANT**
19       v.                            **CALLFIRE, INC. FOR SANCTIONS**
                                       **PURSUANT TO FEDERAL RULE**
20 CALLFIRE, INC. and THE              **OF CIVIL PROCEDURE 11**
   SPORTS NETWORK, INC.
21                                     [Filed concurrently with Memorandum
                Defendants.            of Points and Authorities and
22                                     Declaration of Adam Bowser;
                                       [Proposed] Order submitted]
23
                                       Date:       July 27, 2015
24                                     Time:       10:30 AM
                                       Judge:      Hon. Marilyn L. Huff
25                                     Courtroom:  15A

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR
SANCTIONS PURSUANT TO FED. R. CIV. P. 11
CASE NO. 14- CV-1333-H-DHB

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on July 27, 2015, or as soon as the matter may be heard before the Honorable Marilyn L. Huff in Courtroom 15A of the United States District Court for the Southern District of California located at 333 West Broadway, San Diego, CA 92101, defendant CallFire, Inc. ("CallFire") will and hereby does move under Rule 11 for an order granting CallFire's motion for sanctions against Plaintiff David Kauffman and his attorneys on the ground that they have presented and later advocated frivolous pleadings in this case.

Specifically, Plaintiff's attorneys have admitted that they never investigated how CallFire's common carrier telephone service operates, nor did they investigate how CallFire's subscribers initiate their messages through CallFire's web-based platform, despite this information being publicly available on CallFire's website and free to access.  Plaintiff's attorneys therefore conducted no inquiry into the factual basis, or lack thereof, for their claims against CallFire, let alone the objectively reasonable inquiry required under Rule 11.

As for the legal basis of Plaintiff's claims against CallFire, none exist. "**Defendant CallFire is a common carrier, and therefore not subject to liability for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)**." *Rinky Dink, Inc. v. Elec. Merch. Sys.*, Civ. No. 13-1347-JCC, 2015 WL 778065, at *1 (W.D. Wash. Feb. 24, 2015) (emphasis added) (further holding that CallFire does not "initiate" its customers' messages for CallFire to be liable on this independent ground, *id.* at *8).  Thus, even if Plaintiff's attorneys had conducted a remotely reasonable factual inquiry – which they have not – their continued maintenance of Plaintiff's claims against a common carrier immune from TCPA liability is independently sanctionable.

This motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, and the Declaration of Adam Bowser and

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

NOTICE OF MOTION AND MOTION FOR
SANCTIONS PURSUANT TO FED. R. CIV. P. 11
CASE NO. 14- CV-1333-H-DHB

all exhibits thereto, all of which are filed herewith, all other pleadings and papers on file in this action, and all other matters that may be properly presented to the Court at or prior to the hearing on this motion.

### STATEMENT OF RELIEF SOUGHT

CallFire seeks dismissal of Kauffman's entire action against CallFire with prejudice and an award of sanctions to deter such future conduct.

Dated:  June 25, 2015                    **ARENT FOX LLP**


By: *_/s/ Michael L. Turrill_*
        MICHAEL L. TURRILL
        PAUL A. RIGALI

        MICHAEL B. HAZZARD
        (*Admitted Pro Hac Vice*)
        ADAM D. BOWSER
        (*Admitted Pro Hac Vice*)

        Attorneys for Defendant
        CALLFIRE, INC.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

NOTICE OF MOTION AND MOTION FOR
SANCTIONS PURSUANT TO FED. R. CIV. P. 11
CASE NO. 14- CV-1333-H-DHB

*KAUFFMAN V. CALLFIRE, INC.*
**USDC, Southern District Of California Case No. 3:14-cv-01333-H-DHB**

## CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West Fifth Street, 48th Floor, Los Angeles, California 90013-1065.  I am employed in the County of Los Angeles, where this service occurs.  I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION BY DEFENDANT CALLFIRE, INC. FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

☒ (BY CM/ECF)  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐ (BY FAX)  I transmitted via facsimile, from facsimile number 213.629.7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m.  A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

☐ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐ (BY MAIL)  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.  On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (BY PERSONAL SERVICE)  On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ (BY OVERNIGHT DELIVERY)  On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

1

2

☒   (Federal) I declare under penalty of perjury under the laws of the
United States of America that the foregoing is true and correct.

3

Executed on June 25, 2015 at Los Angeles, California.

4

5

_____
Emily Hayes

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/11232484.1

- 2 -

CERTIFICATE OF SERVICE

1

2

### *KAUFFMAN V. CALLFIRE, INC.*
**USDC, Southern District Of California Case No. 3:14-cv-01333-H-DHB**

3

### SERVICE LIST

4

5

**Attorneys for Plaintiff David Kauffman**

6
7

Ronald A. Marron
Alexis Wood
Kas Gallucci
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665
Email:        ron@consumersadvocates.com
              alexis@consumersadvocates.com
              kas@consumersadvocates.com

8

9

10

11

12

Daniel G. Shay, Esq.
Law Offices of Daniel Shay
409 Camino del Rio South
Suite 101B
San Diego, CA 92108
Tel: (619) 222-7429
Fax: (866) 431-3292
Email:        DanielShay@TCPAFDCPA.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28