MICHAEL L. TURRILL (SBN 185263)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401
Email: michael.turrill@arentfox.com

MICHAEL B. HAZZARD (*Admitted Pro Hac Vice*)
ADAM BOWSER (*Admitted Pro Hac Vice*)
**ARENT FOX LLP**
1717 K Street NW
Washington, DC 20006-5344
Telephone: 202.857.6000
Facsimile: 202.857.6395
Email: michael.hazzard@arentfox.com
       adam.bowser@arentfox.com

Attorneys for Defendant
CALLFIRE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC. and THE SPORTS NETWORK, INC.<br><br>Defendants. | Case No. 14- CV-1333-H-DHB<br>*Assigned to the Honorable Marilyn L. Huff*<br><br>**DECLARATION OF ADAM BOWSER IN SUPPORT OF DEFENDANT CALLFIRE, INC.'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**<br><br>[Filed Concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; [Proposed] Order submitted]<br><br>Date: July 27, 2015<br>Time: 10:30 AM<br>Judge: Hon. Marilyn L. Huff<br>Courtroom: 15A |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF ADAM BOWSER
CASE NO. 14- CV-1333-H-DHB

# DECLARATION OF ADAM BOWSER

I, Adam Bowser, declare as follows:

1. I am an attorney with Arent Fox LLP and co-counsel for Defendant CallFire, Inc. ("CallFire") in this matter.  I have personal knowledge of the facts set forth in this declaration and could testify to them competently if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Settlement and Release Agreement executed between the parties to *Couser v. Pre-paid Legal Services*, Civ. No. 12-2575-LAB-WVG (S.D. Cal. May 15, 2014).

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff David Kauffman's Objections and Responses to Defendant CallFire, Inc.'s First Set of Interrogatories (Apr. 27, 2015).

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff David Kauffman's Objections and First Responses to Defendant CallFire, Inc.'s First Set of Requests for Admission (Apr. 27, 2015).

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiff David Kauffman's Objections and Responses to Defendant CallFire, Inc.'s First Set of Requests for Production of Documents (Apr. 27, 2015).

6. Attached hereto as **Exhibit E** is a true and correct copy of the May 7, 2015 letter regarding discovery from Michael B. Hazzard to Ronald Marron and Kas Gallucci.

7. Attached hereto as **Exhibit F** is a true and correct copy of the May 15, 2015 letter memorializing the meet-and-confer conference from Michael B. Hazzard to Alexis Wood and Kas Gallucci, to which Plaintiff's counsel has not responded.

8. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiff David Kauffman's Objections and First Supplemental Responses to Defendant CallFire, Inc.'s First Set of Interrogatories (May 22, 2015).

9. Attached hereto as **Exhibit H** is a true and correct copy of the April 24, 2015 email from Adam Bowser to Kas Gallucci memorializing CallFire's production of CallFire's 30(b)(6) deposition transcripts and the relevant discovery material from the *Rinky Dink* and *Luna* cases.

10. Attached hereto as **Exhibit I** is a true and correct copy of the June 4, 2015 email from Michael Hazzard to Ronald Marron attaching CallFire's Rule 11 motion and memorandum in support, to which Plaintiff's counsel has not responded.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Parties' Lodged Joint Discovery Plan (Apr. 3, 2015).

I declare under penalty of perjury under the laws of the United States of America and that the foregoing is true and correct.

Respectfully signed in Washington, D.C. on this 25th day of June, 2015.

*/s/ Adam Bowser*
Adam Bowser (*Admitted Pro Hac Vice*)